O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CANDACE SUE
KORESMAROS-WATFORD,              )   Case No. ED CV 13-1663 JCG
                                 )
                 Plaintiff,      )   **JUDGMENT**
                                 )
          v.                     )
                                 )
CAROLYN W. COLVIN,               )
ACTING COMMISSIONER OF           )
SOCIAL SECURITY                  )
ADMINISTRATION,                  )
                                 )
                 Defendant.      )
_____  )

     IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **AFFIRMED**.


Dated:  February 20, 2015

_____
           Hon. Jay C. Gandhi
     United States Magistrate Judge